IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CREDIT ACCEPTANCE CORPORATION**      **PLAINTIFF**

**V.**      **CIVIL ACTION NO. 1:16CV70-SA-DAS**

**LAURA LEDBETTER**      **DEFENDANT**

### MOTION TO CONFESS

COMES NOW Defendant Laura Ledbetter, by and through counsel, and confesses Credit Acceptance Corporations' Complaint, and in support hereof files the attached Affidavit.

This 2nd day of February, 2017.

         Respectfully submitted,
         LAURA LEDBETTER, Plaintiff

     BY:    /s/ Wilbur O. Colom
         WILBUR O. COLOM (MSB # 6403)
         *Attorney for Plaintiff*
         Colom and Brant, LLC
         Post Office Box 866
         Columbus, MS 39703-0866
         Telephone: 662-327-0903
         Facsimile: 662-329-4832
         Email: wil@colom.com

## **CERTIFICATE OF SERVICE**

I, Wilbur O. Colom, hereby certify that I have filed the foregoing *Motion to Confess* through the Court's electronic filing system and the following has been served through same:

>Mark H. Tyson (MSB No. 9893)
>Stephen T. Masley (MSB No. 101870)
>McGlinchey Stafford, PLLC
>Post Office Drawer 22949
>Jackson, MS 39225-2940
>mtyson@mcglinchey.com
>smasley@mcglinchey.com

This 2nd day of February, 2017.

>/s/ Wilbur O. Colom
>WILBUR O. COLOM