IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CREDIT ACCEPTANCE CORPORATION     PLAINTIFF

V.     CIVIL ACTION NO. 1:16CV70-SA-DAS

LAURA LEDBETTER     DEFENDANT

AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF LOWNDES

Personally appeared before me, a notary public in and for said State and County, the within named Laura Ledbetter, who being first duly sworn, stated:

My counsel has presented to me the expert report of handwriting analysis and I have become aware of other testimony to be presented to the effect that the *Declaration Acknowledging Electronic Signature Process* was signed by me. I am convinced that the weight of the evidence is to the effect that this is my signature. I am convinced that I must have been confused and mistaken. I wish to inform the Court that I will not present any evidence to contradict Plaintiff and wish to waive any defense to Plaintiff's Complaint.

This 2nd day of February, 2017.

*/s/ Laura Ledbetter*
LAURA LEDBETTER

Sworn to and subscribed before me this 2nd day of February, 2017.

*/s/ Karen N. Winter*
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, KAREN N. WINTER, ID # 47027, Commission Expires Sept. 25, 2017, LOWNDES COUNTY]

1